# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ALL AMERICAN TELEPHONE COMPANY, INC., E-PINNACLE COMMUNICATIONS, INC., and CHASECOM, )<br><br>Petitioners,<br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA,<br><br>Respondents. | ) ) ) ) ) ) ) No. 15-1354 ) ) ) ) ) ) |

## CERTIFIED LIST OF ITEMS IN THE RECORD

The Federal Communications Commission herewith files a certified list of items constituting the record of Commission proceedings in the above captioned case. The filing consists of (1) a list of items constituting the record and (2) certificate of the Commission's Secretary.

                                            Respectfully submitted,

                                            */s/ Lisa S. Gelb*

                                            Lisa S. Gelb
                                            Counsel

                                            Federal Communications Commission
                                            Washington, D.C.  20554
                                            (202) 418-2019

December 7, 2015

| Date | Doc Type / Appl / Att | Release | Proceeding / Law Firm |
|---|---|---|---|
| 03/04/2015 | **DOC TYPE:** SUBMISSION FOR THE RECORD<br>**APPL:** AT&T Corp. | **RELEASE:** 03/04/2015 | **PROCEEDING:** 14-209<br>**LAW FIRM:** Sidley Austin, LLP |
| 02/13/2015 | **DOC TYPE:** LETTER<br>**APPL:** Enforcement Bureau | **RELEASE:** 02/13/2015 | **PROCEEDING:** 14-209<br>**LAW FIRM:** FCC |
| 01/20/2015 | **DOC TYPE:** STATEMENT<br>**APPL:** AT&T Corp., All American Tel. Co., e-Pinnacle Communications, ChaseCom | **RELEASE:** 01/21/2015 | **PROCEEDING:** 14-209<br>**LAW FIRM:** Sidley Austin, LLP |
| 01/12/2015 | **DOC TYPE:** PUBLIC NOTICE<br>**APPL:** Enforcement Bureau | **RELEASE:** 01/12/2015 | **PROCEEDING:** 14-209<br>**LAW FIRM:** FCC |
| 12/22/2014<br>**ATT:** James Bendernagel | **DOC TYPE:** REPLY<br>**APPL:** AT&T Corp.<br>**RELEASE:** 12/23/2014 | | **PROCEEDING:** 14-209 |
| 12/22/2014<br>**ATT:** James Bendernagel | **DOC TYPE:** REPLY<br>**APPL:** AT&T Corp.<br>**RELEASE:** 12/23/2014 | | **PROCEEDING:** 14-209 |
| 12/22/2014<br>**ATT:** James Bendernagel | **DOC TYPE:** COMMENT<br>**APPL:** AT&T Corp.<br>**RELEASE:** 12/23/2014 | | **PROCEEDING:** 14-209 |
| 12/22/2014<br>**ATT:** James Bendernagel | **DOC TYPE:** COMMENT<br>**APPL:** AT&T Corp.<br>**RELEASE:** 12/23/2014 | | **PROCEEDING:** 14-209 |
| 12/22/2014<br>**ATT:** James Bendernagel | **DOC TYPE:** REPLY<br>**APPL:** AT&T Corp.<br>**RELEASE:** 12/23/2014 | | **PROCEEDING:** 14-209 |
| 12/22/2014<br>**ATT:** James Bendernagel | **DOC TYPE:** REPLY<br>**APPL:** AT&T Corp.<br>**RELEASE:** 12/23/2014 | | **PROCEEDING:** 14-209 |
| 12/22/2014<br>**ATT:** James Bendernagel | **DOC TYPE:** REPLY<br>**APPL:** AT&T Corp.<br>**RELEASE:** 12/23/2014 | | **PROCEEDING:** 14-209 |
| 12/22/2014<br>**ATT:** James Bendernagel | **DOC TYPE:** REPLY<br>**APPL:** AT&T Corp.<br>**RELEASE:** 12/23/2014 | | **PROCEEDING:** 14-209 |
| 12/22/2014<br>**ATT:** James Bendernagel | **DOC TYPE:** REPLY<br>**APPL:** AT&T Corp.<br>**RELEASE:** 12/23/2014 | | **PROCEEDING:** 14-209 |

| | | |
|---|---|---|
| **12/12/2014** | **DOC TYPE:** MOTION | **PROCEEDING:** 14-209 |
| | **APPL:** AT&T Corp. | |
| **ATT:** Michael Hunseder | **RELEASE:** 12/15/2014 | |
| **12/01/2014** | **DOC TYPE:** OTHER | **PROCEEDING:** 14-209 |
| | **APPL:** All American Telephone Co. et al. | |
| **ATT:** Jonathan E. Canis | **RELEASE:** 12/05/2014 | |
| **12/01/2014** | **DOC TYPE:** OTHER | **PROCEEDING:** 14-209 |
| | **APPL:** All American Telephone Co. et al. | |
| **ATT:** Jonathan E. Canis | **RELEASE:** 12/05/2014 | |
| **12/01/2014** | **DOC TYPE:** OTHER | **PROCEEDING:** 14-209 |
| | **APPL:** All American Telephone Co. | |
| **ATT:** Jonathan E. Canis | **RELEASE:** 12/05/2014 | |
| **12/01/2014** | **DOC TYPE:** OTHER | **PROCEEDING:** 14-209 |
| | **APPL:** All American Telephone Co. et al. | |
| **ATT:** Jonathan E. Canis | **RELEASE:** 12/05/2014 | |
| **12/01/2014** | **DOC TYPE:** OTHER | **PROCEEDING:** 14-209 |
| | **APPL:** All American Telephone et al. | |
| **ATT:** Jonathan Canis | **RELEASE:** 12/05/2014 | |
| **12/01/2014** | **DOC TYPE:** OTHER | **PROCEEDING:** 14-209 |
| | **APPL:** All American Telephone et al. | |
| **ATT:** Jonathan Canis | **RELEASE:** 12/05/2014 | |
| **12/01/2014** | **DOC TYPE:** OTHER | **PROCEEDING:** 14-209 |
| | **APPL:** All American Telephone et al | |
| **ATT:** Jonathan Canis | **RELEASE:** 12/05/2014 | |
| **12/01/2014** | **DOC TYPE:** OTHER | **PROCEEDING:** 14-209 |
| | **APPL:** All American Telephone et al | |
| **ATT:** Jonathan Canis | **RELEASE:** 12/03/2014 | |
| **11/12/2014** | **DOC TYPE:** PUBLIC NOTICE | **PROCEEDING:** 14-209 |
| | **APPL:** Enforcement Bureau | |
| **RELEASE:** 11/24/2014 | | **LAW FIRM:** FCC |

IN THE MATTER OF AT&T CORP.,

v.

ALL AMERICAN TELEPHONE CO., E-PINNACLE COMMUNICATIONS, INC., CHASECOM
EB Docket No. 14-209
File No. EB-09-MD-010

**RECORD ITEMS**

| FILING DATE | FILING PARTY | DESCRIPTION |
|---|---|---|
| October 24, 2014 | AT&T Corp. | Supplemental Complaint of AT&T Corp. for Damages |
|  | AT&T Corp. | AT&T Supplemental Exhibits 1 to 4 |
| October 24, 2014 | David I. Toof, Ph.D | Expert Report of David I. Toof, Ph.D. in support of Supplemental Complaint for Damages |
| October 24, 2014 | AT&T Corp. | Proposed Findings of Fact and Conclusions of Law in Support of Supplemental Complaint of AT&T Corp. for Damages |

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ALL AMERICAN TELEPHONE COMPANY, INC., E-PINNACLE COMMUNICATIONS, INC., and CHASECOM, <br><br> Petitioners, <br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA, <br><br> Respondents. | ) ) ) ) ) ) ) No. 15-1354 ) ) ) ) ) |

## CERTIFICATE OF MARLENE H. DORTCH, SECRETARY
<u>FEDERAL COMMUNICATIONS COMISSION</u>

I, Marlene H. Dortch, Secretary, Federal Communications Commission, do hereby certify that the preceding list is a true and correct list of items in the record of the proceedings before the Federal Communications Commission pertinent to the above captioned case.

Witness my hand and Seal of the Federal Communications Commission this 7th day of December 2015.

                                                    Federal Communications Commission

                                                    Marlene H. Dortch
                                                    Secretary

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ALL AMERICAN TELEPHONE COMPANY, INC., E-PINNACLE COMMUNICATIONS, INC., and CHASECOM,<br><br>  Petitioner,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA,<br><br>  Respondents. | No. 15-1354 |

## CERTIFICATE OF SERVICE

    I, Lisa S. Gelb, hereby certify that on December 7, 2015, I electronically filed the foregoing Certified List of Items in the Record with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Jonathan E. Canis
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006
*Counsel for: All American Tel. Co. et al.*

James F. Bendernagel Jr., Esq.
Michael J. Hunseder
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
*Counsel for: AT&T Corp.*

                                                       */s/ Lisa S. Gelb*